IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LONNIE KENNARD,

     Petitioner,                    No. CIV S-05-2023 FCD GGH P

     vs.

SCOTT KERNAN, Warden,

     Respondent.             <u>ORDER</u>

_____/

        Respondent seeks an extension of time to file a response to petitioner's habeas application, pursuant to an order filed on January 4, 2006. The request includes a lodged proposed order via ECF in .pdf format, but counsel has not included a proposed order via email in word processing format in accordance with the local rules. On this occasion, the court will grant respondent's request; however, *in order for any future request to be considered, counsel must fully comply with Local Rule 5-137(b)*.

        Accordingly, IT IS ORDERED that:

        1. Respondent's February 6, 2006 request for an extension of time is granted and respondent has until March 8, 2006 to file a response to the petition;

        2. Petitioner will have thirty days to file an opposition or a reply, as appropriate;

\\\\\

3. If a motion was filed and petitioner has filed an opposition, respondent will have fifteen days thereafter to file a reply; and

4. Any future request filed by counsel must fully comply with Local Rule 5-137(b).

Dated: 2/16/06

/s/ Gregory G. Hollows
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
kenn2023.eot